IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01960-PAB-KMT

SYNTHES, INC., et al.,

      Plaintiffs,

v.

EMERGE MEDICAL, INC., et al.,

      Defendants.

---

**ORDER**

---

On July 26, 2012, defendant Emerge Medical, Inc. ("Emerge") filed a motion to quash [Docket No. 1] a subpoena issued in this District by plaintiffs Synthes, Inc., Synthes USA HQ, Inc., Synthes USA, LLC, Synthes USA Sales, LLC, Synthes USA Products, LLC (collectively "Synthes") and directed to Venture Law Advisors, LLC ("Venture") and Fisher & Phillips LLP ("F&P"). Synthes has filed a motion to transfer [Docket No. 10] the motion to quash to the Eastern District of Pennsylvania, where the underlying action between Synthes and Emerge is now pending.

The Court has jurisdiction to resolve the motion to quash pursuant to Fed. R. Civ. P. 45(c)(3), but may exercise its discretion to transfer the motion to the district where the underlying action is pending. *See Petersen v. Douglas County Bank & Trust Co.*, 940 F.2d 1389 (10th Cir. 1991). Emerge consents to the transfer, *see* Docket No. 16, and "many courts have found transfer appropriate only when the party opposing the subpoena has consented to the transfer or otherwise expressly submitted to the

jurisdiction of that court." *Dow Chemical Canada, Inc. v. HRD Corp.*, 2010 WL 2680641, at *3 (S.D. Tex. July 2, 2010).  Therefore, it is

**ORDERED** that the motion to transfer [Docket No. 10] is GRANTED.  The motion to quash [Docket No. 1] is transferred to the United States District Court for the Eastern District of Pennsylvania, where Civil Action No. 2:11-cv-01566-RB is currently pending, for all further proceedings pursuant to Federal Rule of Civil Procedure 45.  It is further

**ORDERED** that, upon transfer, this matter shall be closed in its entirety.

DATED September 5, 2012.

         BY THE COURT:

          s/Philip A. Brimmer
         PHILIP A. BRIMMER
         United States District Judge